IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | No. 05-38737-H5-13 |
| DOLORES SOTO GARCIA | § § | Chapter 13 |
| | § § | |
| DEBTOR(S) | § | |

### ORDER DIRECTING THE DEBTOR'S EMPLOYER TO PAY TRUSTEE

Upon representations of Christopher Morrison, attorney for Debtors, the court finds that:

The above named Debtor has pending in this Court a case for the adjustment of debts by an individual with regular income under the provisions of said statute and of the Debtor's plan, the Debtor has submitted all of such portion of the Debtor's future earnings or other future income to the supervision and control of the Trustee of this Court as may be necessary for the execution of the Debtor's plan; and

That under the provisions of Title U.S.C. 105, and 1325(b) this Court has exclusive jurisdiction of all property including the earnings from services performed by the Debtor during the pendency of this case and any entity from whom the Debtor receives income shall pay all or any part of such income to the Trustee as may be ordered by the Court. A portion of the Debtor's earnings from services are necessary for the execution of the Debtor's Plan.

NOW, THEREFORE, IT IS ORDERED that the employer of MS. DOLORES SOTO GARCIA, whose address is :

Twelve Oaks Medical Center
4200 Portsmouth
Houston, TX 77027

shall deduct from the earnings of said Debtor the sum of $111.00, on a Bi-weekly basis , beginning with the next paycheck received by the Debtor upon entry of this Order, or as soon thereafter as practicable, and to deduct a similar amount each month thereafter unless otherwise directed by the Trustee, and to forthwith remit the sums so deducted to:

WILLIAM E. HEITKAMP, TRUSTEE
PO BOX 740
MEMPHIS, TN 38101-0740

the Trustee appointed herein or his successor in interest.

IT IS FURTHER ORDERED that said employer notify said Trustee if the employment of said



Debtor be terminated and the reason for such termination

    IT IS FURTHER ORDERED that all earnings and wages of the Debtor, except the amounts required to be withheld by the provisions of any law of the United States, the laws of any State or political subdivision, or by any insurance, pension, or union dues agreement between employer and the Debtors, or by the Order of this Court, be paid to the aforesaid Debtor in accordance with the employer's usual payroll procedure.

Dated: 6/8/05

_____
UNITED STATES BANKRUPTCY JUDGE